■ The People of the State of New York, Respondent, v Michael Forbes, Appellant. [44 NYS3d 739]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Juan Merchan, J.), rendered June 4, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not exces-

sive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels, Webber and Gesmer, JJ.